# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **NELSON NOE FABIAN RAMOS,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARY DE ANDA-YBARRA, FIELD** | § | |
| **OFFICE DIRECTOR OF** | § | |
| **ENFORCEMENT AND REMOVAL** | § | No.  3:26-CV-00264-LS |
| **OPERATIONS, EL PASO FIELD** | § | |
| **OFFICE, IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT;** | § | |
| **ACTING DIRECTOR TODD M.** | § | |
| **LYONS, ACTING DIRECTOR** | § | |
| **IMMIGRATION CUSTOMS AND** | § | |
| **ENFORCEMENT; SECRETARY** | § | |
| **KRISTI NOEM, SECRETARY, U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; PAMELA JO BONDI, U.S.** | § | |
| **ATTORNEY GENERAL; and** | § | |
| **ACQUISITION LOGISTICS LLC,** | § | |
| | § | |
| *Respondents*. | § | |

## <u>ORDER FOR SERVICE</u>

Petitioner Nelson Noe Fabian Ramos challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **February 23, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 3, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**